**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00917-CR

**MAXIMO MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-33935-Y**

## ORDER

The Court **GRANTS** appellant's motion to supplement the reporter's record.

We **ORDER** court reporter Sharon Hazlewood to file a supplemental reporter's record within

**FIFTEEN DAYS** from the date of this order that contains properly marked State's exhibits as

follows:

State's Exhibit 1: DVD of the in-car police video;

State's Exhibit 2 through 7: Police forms used in DWI cases;

State's Exhibit 8: SWIFS toxicology report;

State's Exhibit 9: Fingerprint card of Appellant;

State's Exhibit 10: Judgment for prior conviction from Travis County;

State's Exhibit 11: Judgment for prior conviction from Travis County;

State's Exhibit 12: Appellant's Texas DPS record (redacted);

State's Exhibit 12A: Appellant's Texas DPS (not redacted);

State's Exhibit 13: Appellant's fingerprint card;

State's Exhibit 14: Pen packet for F99-20555;

State's Exhibit 15: Mandate and judgment in F99-20555;

State's Exhibit 21: Dallas County criminal docket sheet for driving while license.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** from the date of this order.


/s/     LANA MYERS
            JUSTICE